# Time Inc.

Andrew B. Lachow
Vice President and
Deputy General Counsel

Time Inc.
Time & Life Building
1271 Avenue of the Americas
New York, NY 10020

212-522-8307
212-467-0860 Fax
andrew_lachow@timeinc.com

RECEIVED
DEC 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

December 22, 2008

Honorable James Larson
United States Chief Magistrate Judge
United States District Court
Northern District of California - San Francisco
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, California 94102

FILED
JAN 1 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: <u>Jomira/Advance - No. C 08-04724 JL</u>

Dear Chief Judge Larson:

    I write as attorney for defendant Time Inc. in the above-referenced action to respectfully request that I be able to participate in the initial case management conference scheduled for January 21, 2009 in the above-referenced action by telephone rather than personal appearance. I am in-house litigation counsel for Time Inc., am handling this matter myself and am located in New York, New York. Although the matter is obviously important to the litigants, this is an uncomplicated commercial dispute that does not involve a sizable amount of money. Lester O'Shea, counsel for plaintiff, and I are working together and anticipate that we will be able to agree upon a discovery schedule prior to the conference to present to Your Honor for approval. Accordingly, I anticipate that the initial conference will be straightforward and free of any major dispute. For these reasons, I request permission to appear at the conference by telephone.

Sincerely,

Andrew B. Lachow

cc: Lester O'Shea, Esq.
369 Pine Street, Suite 400
San Francisco, CA 94104

SO ORDERED

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

A TimeWarner Company