UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOMIRA/ADVANCE, | No. C 08-4724 JL |
| Plaintiff, | ORDER GRANTING DEFENDANT TIME, INC.'S REQUEST TO APPEAR AT ENE BY VIDEO CONFERENCE |
| v. | |
| TIME, INC., | |
| Defendants. | |

The Undersigned has received and reviewed Defendant's February 13, 2009 submission requesting that Defendant be permitted to participate in its scheduled Early Neutral Evaluation by video conference, based upon assurances that Defendant's immediate participation will be though its counsel Andrew B. Lachow who is purported to be the person most knowledgeable about the matter and who possesses settlement authority to resolve the matter on Defendant's behalf. In its request, Defendant represents that Plaintiff has consented to these conditions.

Given the information provided by Defendant, for good cause shown, the Undersigned hereby GRANTS Defendant Time, Inc.'s request to appear at the scheduled Early Neutral Evaluation by video conference.

IT IS SO ORDERED.

Dated: February 19, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge