1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

8   JOMIRA/ADVANCE,                              No. C-08-4724 JL (EMC)

9              Plaintiff,

                                                **ORDER DENYING REQUEST TO**
10      v.                                       **EXCUSE ATTENDANCE AT**
                                                **SETTLEMENT CONFERENCE**
11  TIME INC.,

12             Defendant.
    _____/

13

14

15      By letter dated August 19, 2009 and lodged with this Court on August 20, 2009, ANDREW

16  B. LACHOW, Vice President and Deputy General Counsel for Defendant Time, Inc., requested to

17  be excused from personally appearing at the settlement conference scheduled for September 3, 2009.

18  No opposition was submitted by any party.

19      Upon consideration of the request, the Court **DENIES** the request to excuse personal

20  attendance.  Therefore, it is hereby ordered  that ANDREW B. LACHOW appear at the settlement

21  conference in person scheduled on September 3, 2009 at 9:30 a.m. Pacific Time.

22

23      IT IS SO ORDERED.

24

25  Dated:  August 27, 2009

26                                              _____
                                                EDWARD M. CHEN
                                                United States Magistrate Judge
27

28