UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOMIRA/ADVANCE, | ) | Case No. CGC 08-4724 |
| Plaintiff, | ) | |
| vs. | ) | Assigned to the Hon. James Larson |
| | ) | Chief Magistrate Judge |
| TIME INC., | ) | |
| | ) | STIPULATION OF EXTENSION OF TIME |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Plaintiff Jomira/Advance and Defendant Time Inc. that the discovery cut-off and time to file motions for summary judgment be extended to November 19, 2009 and December 18, 2009 respectively.

Respectfully submitted,

Dated: September 8, 2009

JOMIRA/ADVANCE

By: _____
M. Lester O'Shea, Esq.
369 Pine Street, Suite 400
San Francisco, California 94104
(415) 981-9584
Attorney for Plaintiff Jomira/Advance

TIME INC.

By: _____
Andrew B. Lachow
Deputy General Counsel
Time Inc.
1271 Avenue of the Americas
New York, New York 10020
(212) 522-8307
Attorney for Defendant Time Inc.

1 September 9, 2009

3 SO ORDERED:

_____
Hon. James Larson
Chief Magistrate Judge
Northern District of California