# Time Inc.

Time Inc.
Time & Life Building
1271 Avenue of the Americas
New York, NY 10020

212-522-8307
212-467-0860 Fax
andrew_lachow@timeinc.com

**Andrew B. Lachow**
Vice President and
Deputy General Counsel



September 25, 2009

Honorable James Larson
United States Magistrate Chief Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3489

RE:  Jomira/Advance v. Time Inc.
     Case No. CGC 08-4724

Dear Judge Larson:

I am an attorney at Time Inc., the defendant in the above-referenced action. I write on behalf of Time and with the consent and support of plaintiff, Jomira/Advance, and its counsel, Lester O'Shea, to request an adjournment of the Case Management Conference scheduled for September 30, 2009. In a conversation Mr. O'Shea had with Ms. Venice Thomas of Your Honor's Chambers yesterday, Ms. Thomas suggested October 21, 2009 as the new date. That date is acceptable to both parties.

The adjournment is requested to allow the parties additional time to attempt to settle the matter. On September 3, 2009, the parties attended a settlement conference before the Hon. Edward M. Chen, United States Magistrate Judge. Although a settlement was not reached at that time, the parties did make real progress. Since that time, the parties have continued their settlement negotiations. We are hopeful that with some additional time, we will be able to settle the case. For this reason, the parties respectfully request that the Case Management Conference scheduled for September 30, 2009 be adjourned until October 21, 2009 or another date convenient to the Court.

Thank you in advance for your consideration.

Respectfully submitted,

Andrew B. Lachow

cc:   Lester O'Shea
      Attorney for Plaintiff Jomira/Advance (by email)

A TimeWarner Company