UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOMIRA/ADVANCE,<br><br>          Plaintiff,<br><br>vs.<br><br>TIME INC.,<br><br>          Defendant. | Case No. CGC 08-4724<br><br>Assigned to the Hon. James Larson<br>Chief Magistrate Judge<br><br>SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

The parties have agreed on a settlement of their dispute and are in the process of finalizing the documents providing for its terms.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

That the presently scheduled 10:30 a.m. January 20, 2010 further Case Management Conference be taken off calendar.

| | |
|---|---|
| JOMIRA/ADVANCE<br><br>By: _____<br>M. Lester O'Shea, Esq.<br>369 Pine Street, Suite 400<br>San Francisco, California 94104<br>(415) 981-9584<br>Attorney for Plaintiff Jomira/Advance<br><br>Dated: Jan. 14, 2010 | TIME INC.<br><br>By: _____<br>Andrew B. Lachow<br>Deputy General Counsel<br>Time Inc.<br>1271 Avenue of the Americas<br>New York, New York 10020<br>(212) 522-8307<br>Attorney for Defendant Time Inc<br><br>Dated: _____ |

SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with the Order. Further case management conference shall take place on March 24, 2010 at 10:30 a.m.

Dated: January 15, 2010          _____
                                 Hon. James Larson
                                 Chief Magistrate Judge
                                 Northern District of California