UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOMIRA/ADVANCE,<br><br>            Plaintiff,<br><br>    vs.<br><br>TIME INC.,<br><br>            Defendant. | Case No. CGC 08-4724<br><br>Assigned to the Hon. James Larson<br>Chief Magistrate Judge<br><br>STIPULATION OF DISMISSAL<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

The parties, Plaintiff Jomira/Advance and Defendant Time Inc., through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice according to the terms of the settlement agreement referred to and incorporated by reference in the Proposed Stipulated Order.

Dated: March 5, 2010

JOMIRA/ADVANCE

By: _____
M. Lester O'Shea, Esq.
369 Pine Street, Suite 400
San Francisco, California 94104
(415) 981-9584
Attorney for Plaintiff Jomira/Advance

TIME INC.

By: _____
Andrew B. Lachow
Deputy General Counsel
Time Inc.
1271 Avenue of the Americas
New York, New York 10020
(212) 522-8307
Attorney for Defendant Time Inc.

PROPOSED ORDER

The Court has reviewed the Stipulation set forth above. Accordingly

IT IS ORDERED that:

1. This matter is dismissed with prejudice;
2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement;
3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the Settlement Agreement, and if its terms are not fully complied with within six months, the matter shall be restored to the Court's calendar; and
4. Each party is to bear its own costs, as provided for in the Settlement Agreement.

Dated: March 16, 2010

*/s/ James Larson*
UNITED STATES MAGISTRATE JUDGE